IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

IN RE: ) CASE NO. 07-41163
)
SHIRLEY J. JOHNSON )
) JUDGE KAY WOODS
)
Debtor(s) ) DIVIDENDS LESS THAN $5.00
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, U.S. Bankruptcy Court, in the amount of $6.79.

The dividend relates to the following claimants:

Ohio Sports & Spine Institue, LTD
1265 Boardman Canfield Road
Boardman, OH 44512

$2.42

Lane Life Trans Paramedic
PO Box 27
Canfield, OH 44406

$4.37

**TOTAL:** $6.79

2. My Trustee's check for $6.79 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

DATE: April 8, 2010

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
Chapter 7 Trustee
150 E. Market St.
Suite 300
Warren, OH 44481
(330) 392-8551
Fax no. : (330) 392-7030
buzulenciatrustee@mahoningvalleylaw.com
OHIO BAR REG. NO. 0015291

## CERTIFICATE OF SERVICE

The U.S. Bankruptcy Court served the foregoing Transmittal of Unclaimed funds to the following parties:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
CHAPTER 7 TRUSTEE